In the Matter of ORANGE PULP AND PAPER MILLS, INC.,
Appellant.

PULP SALES CORPORATION, Respondent.

Argued April 7, 1941; decided April 24, 1941.

*Frederick E. Crane* and *Jacob Krisel* for appellant.

*Lionel S. Popkin, Mortimer H. Hess* and *Abraham S. Guterman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.